GIRARD NUGENT, an Infant, by ARTHUR A. NUGENT, His Guardian ad Litem, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Nugent* v. *Brooklyn Heights R. R. Co.*, 154 App. Div. 667, appeal dismissed.

(Submitted June 2, 1913; decided June 10, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1913, which affirmed a final judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and that permission to appeal had not been obtained.

*D. A. Marsh* and *George D. Yeomans* for motion.

*William E. Butler* opposed.

Motion granted and appeal dismissed, without costs.